UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                    Case No.: 09-21514-BKC-EPK
                                          Chapter 7 proceeding
TERRY R. EICHAS,

    Debtor.
_____/

### TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS AND APPLICATION FOR TURNOVER

The Trustee, Deborah C. Menotte, by and through undersigned counsel, hereby files this Objection to Claimed Exemptions and Application for Turnover and states:

1. This voluntary Chapter 7 bankruptcy proceeding was filed on June 10, 2009. Deborah C. Menotte has been appointed as the Chapter 7 Trustee.

2. The Debtor has listed on his Schedule B-13 a 25% shareholder interest in 885 Realty Group, Inc. valued at $150,000.00, which the Debtor has claimed exempt on his Schedule C in the amount of $2,650.00 pursuant to Fla. Stat. Ann. § 222.25(4).

3. The Trustee wishes to administer such asset and objects to any attempt to claim more than $2,650.00 as exempt. The Trustee seeks turnover of same to be administered by the Trustee for the benefit of the estate.

WHEREFORE, the Trustee, Deborah C. Menotte, by and through undersigned counsel, respectfully requests that the Court enter an order sustaining the objection to exemption of the 25% shareholder interest in 886 Realty Group, Inc. and granting the application of turnover of such stock, which the Trustee shall be free to administer, plus grant such other and further relief as the Court deems just and proper.

RM:6690264:1

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to: **Terry R. Eichas**, 6926 Skyline Dr., Delray Beach FL 33446, on this the 14 day of August 2009.

**Notice will be electronically mailed to:**
Steven G. Goerke – sgoerke@mcraelawfirmcom
Deborah C. Menotte – menottetrustee@bellsouth.net
Wayne B. Spivak – sobkmail@defaultlawfl.com
Office of the U.S. Trustee – USTPRegion21.MM.ECF@usdoj.gov

                                                        RUDEN, MCCLOSKY, SMITH,
                                                        SCHUSTER & RUSSELL, P.A.

MICHAEL R. BAKST, ESQ.
Attorney for Trustee
Florida Bar No.: 866377
222 Lakeview Ave., Suite 800
West Palm Beach FL 33401
(561) 838-4523
(561) 514-3423

090810/dlc
60184.0069

RM:6690264:1