

**ORDERED in the Southern District of Florida on September 10, 2009.**

                                                                    *Erik P. Kimball*
                                                    **Erik P. Kimball, Judge**
                                                    **United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

**In re:**                                                                             **Case No.: 09-21514-BKC-EPK**
                                                                                          **Chapter 7 proceeding**
**TERRY R. EICHAS,**

    **Debtor.**
    _____/

**AGREED ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS AND DENYING APPLICATION FOR TURNOVER**

THIS MATTER came before the Court in West Palm Beach, Florida, pursuant to Trustee's Objection to Exemptions and Application for Turnover, the Court having noted that the parties are in agreement to the entry of this Order, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1.    The Trustee's Objection to Exemptions is sustained and Application for Turnover is denied.

2.    The Court finds that all value in excess of $2,650.00 of the Debtor's 25%

RM:6767461:1

shareholder interest in 885 Realty Group, Inc. is non-exempt property of the bankruptcy estate.

The Trustee is entitled to administer the stock with $2,650.00 being returned to the Debtor.

###

Submitted by:
Michael R. Bakst, Esq.
222 Lakeview Ave., Suite 800
West Palm Beach FL  33401
561-838-4523

**[Michael R. Bakst, Esq. shall furnish a conformed copy of the Order to the parties listed below and shall file a certificate of service with the Court]**
Terry R. Eichas, 6926 Skyline Dr., Delray Beach FL 33446

**Notice will be electronically mailed to:**
Steven G. Goerke – sgoerke@mcraelawfirmcom
Deborah C. Menotte - menottetrustee@bellsouth.net
Wayne B. Spivak – sobkmail@defaultlawfl.com
Office of the U.S. Trustee – USTPRegion21.MM.ECF@usdoj.gov

090910/dlc
60184.0069

RM:6767461:1