Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-21514 EPK | **Trustee:** | (290650) | DEBORAH C. MENOTTE, TRUSTEE |
| **Case Name:** | EICHAS, TERRY R. | **Filed (f) or Converted (c):** | 06/10/09 (f) | |
| | | **§341(a) Meeting Date:** | 07/17/09 | |
| **Period Ending:** | 09/30/09 | **Claims Bar Date:** | | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | SINGLE FAMILY HOME, 6926 SKYLINE DRIVE, DELRAY 1 | 583,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | SINGLE FAMILY HOME, BEACH, FL TRUSTEE | 388,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | SINGLE FAMILY HOME, PARK, FL | 53,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | VACANT LAND, 2626 WEST WELLSTON ROAD, AVON, FL | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | CHECKING ACCOUNT GULFSTREAM BUSINESS BANK | 30.00 | 0.00 | DA | 0.00 | FA |
| 6 | RACE HORSE TRAINING BUSINESS ACCOUNT, CHECKING A | 220.00 | 0.00 | DA | 0.00 | FA |
| 7 | LIVINGROOM, DINING ROOM AND ONE BEDROOM FURNITUR | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | MISC. CLOTHING | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | REASSURE AMERICA LIFE INSURANCE POLICY | 2,485.96 | 0.00 | DA | 0.00 | FA |
| 10 | HOMES OF DISTINCTION REALTY, INC. | 0.00 | Unknown | | 0.00 | Unknown |
| 11 | 25% INTEREST IN 885 REALTY GROUP, INC OBJECTED TO EXEMPTION CLAIMED | 150,000.00 | Unknown | | 0.00 | Unknown |
| 12 | SOLE PROPRIETORSHIP - RACE HORSE TRAINING | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | BENEFICIAL INTEREST IN 2006 RESTATEMENT | 0.00 | 0.00 | DA | 0.00 | FA |

Printed: 10/31/2009 02:20 PM    V.12.02

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-21514 EPK  
**Case Name:** EICHAS, TERRY R.  
**Period Ending:** 09/30/09

**Trustee:** (290650)   DEBORAH C. MENOTTE, TRUSTEE  
**Filed (f) or Converted (c):** 06/10/09 (f)  
**§341(a) Meeting Date:** 07/17/09  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | TERRY R |  |  |  |  |  |
| 14 | 2005 FORD PICK-UP<br>  LIEN TO GULFSTREAM; ABANDONED AT 341<br>JT W/JOHN JOHNS 1/2 VALUE | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 15 | 2000 LEGEND TRAILER | 4,000.00 | Unknown |  | 0.00 | Unknown |
| 15 | **Assets**   Totals (Excluding unknown values) | **$1,194,335.96** | **$0.00** |  | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  CBD:  NONE SET

  TAX RETURN STATUS:  NONE SET

  CASE STATUS:  TRUSTEE RETAINED COUNSEL TO LOOK INTO NUMEROUS TRANSFERS.  A COMPLAINT OBJECTING TO DISCHARGE HAS JUST BEEN
    FILED.  PRETRIAL IS SET FOR JANUARY 14, 2010.

  TRUSTEE LOOKING INTO DEBTOR'S INTEREST IN CORPORATION WHICH OWNS A STRIP SHOPPING CENTER.

Printed: 10/31/2009 02:20 PM    V.12.02

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 09-21514 EPK | Trustee: (290650) | DEBORAH C. MENOTTE, TRUSTEE |
|---|---|---|---|
| Case Name: | EICHAS, TERRY R. | Filed (f) or Converted (c): | 06/10/09 (f) |
| | | §341(a) Meeting Date: | 07/17/09 |
| Period Ending: | 09/30/09 | Claims Bar Date: | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2010      **Current Projected Date Of Final Report (TFR):** December 31, 2010

Printed: 10/31/2009 02:20 PM    V.12.02