UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                          Case No.: 09-21514-BKC-EPK
                                                Chapter 7 proceeding
TERRY R. EICHAS,

      Debtor.
_____/

## TRUSTEE'S MOTION TO HOLD JOHN PATRICK CLEARY, JR. IN CONTEMPT OF COURT, MOTION TO COMPEL JOHN PATRICK CLEARY, JR. TO APPEAR FOR A RULE 2004 EXAMINATION, AND FOR SANCTIONS

The Trustee, Deborah C. Menotte, by and through undersigned counsel, hereby files this Motion to Hold John Patrick Cleary, Jr. in Contempt of Court, Motion to Compel John Patrick Cleary, Jr. to Appear for a Rule 2004 Examination, and for Other Sanctions, and states:

1.  This voluntary Chapter 7 proceeding was filed by the Debtor on June 10, 2009. Deborah C. Menotte has been appointed as the Chapter 7 Trustee, and upon the conclusion of the first meeting of creditors on July 31, 2009, became the permanent Trustee.

2.  The Trustee set a Rule 2004 Examination Duces Tecum of John Patrick Cleary, Jr., for October 30, 2009, at 2:00 p.m. Mr. Cleary was served with a subpoena on October 22, 2009 to appear at such deposition. Such Return of Service has been filed with the Court as [DE#49].

3.  On October 30, 2009, undersigned counsel's assistant called Mr. Cleary as a courtesy to confirm that he would be attending the deposition. She was advised by Mr. Cleary that he would not be attending, that he had to work, that he worked Tuesday through Saturday. Mr. Cleary said he could appear for a deposition on a Monday.

RM:6918169:1

4. After checking undersigned counsel's schedule, his assistant called Mr. Cleary back within one-half hour of the first conversation with Mr. Cleary, and left Mr. Cleary a voice message that before the deposition could be rescheduled Mr. Cleary would need to provide confirmation in writing by way of a fax or an email that he would attend a Rule 2004 examination, with all the requested documents, on November 16, 2009 at 9:30 a.m. No communication was received by Mr. Cleary on October 30, 2009 that he would attend a Rule 2004 examination on November 16, 2009 at 9:30 a.m. with all the documents requested.

5. Mr. Cleary undersigned's assistant on Monday, November 2, 2009, stating that he did not get the voice message on Friday because he was at work. Undersigned counsel's assistant asked Mr. Cleary if he could fax or email a note that he would be able to attend a deposition on November 16 at 9:30; Mr. Cleary said he did not have a fax, and that he has a computer, but does not know how to use it. He then said he would have to get with his attorney.

6. Mr. Cleary has failed and refused to comply with the Subpoena served upon him on October 22, 2009, by failing to appear for a Rule 2004 Examination Duces Tecum.

7. Pursuant to Federal Rules of Civil Procedure 7037 and 9016(e), the Trustee seeks an order compelling Mr. Cleary to appear for a Rule 2004 Examination Duces Tecum at a time certain with all of the requested documentation. The Trustee also seeks an order finding John P. Cleary, Jr. in contempt of court for his failure to comply with a properly served subpoena, and seeks additional sanctions against John P. Cleary, Jr., pursuant to the inherent authority of the Court and 11 U.S.C. §105, for making it necessary to bring this motion, including but not limited to, attorney fees and costs, and an order directing the U.S. Marshall to apprehend John P. Cleary, Jr. to bring him immediately before this Court for a determination of appropriate and further

RM:6918169:1

sanctions, including, but not limited to, incarceration.

WHEREFORE, the Trustee, Deborah C. Menotte, by and through undersigned counsel, respectfully requests that the Court enter an order finding John P. Cleary, Jr. in contempt of court, compelling John P. Cleary, Jr. to appear for a Rule 2004 Examination Duces Tecum at a time certain with the requested documentation pursuant to Federal Rules of Civil Procedure 7037 and 9016(e), awarding sanctions against John P. Cleary, Jr. for the necessity of bringing this motion pursuant to the inherent authority of the Court and 11 U.S.C. §105, including but not limited to, an order directing the U.S. Marshall to apprehend John P. Cleary, Jr. and to bring Mr. Cleary before this Court for a determination of appropriate further sanctions, including, but not limited to, incarceration, plus grant such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to: **Terry R. Eichas**, 6926 Skyline Dr., Delray Beach FL 33446, on this the 6 day of November 2009.

**Notice will be electronically mailed to:**
Steven G. Goerke – sgoerke@mcraelawfirmcom
Deborah C. Menotte - menottetrustee@gmail.com

RM:6918169:1

Wayne B. Spivak – sobkmail@defaultlawfl.com
Office of the U.S. Trustee – USTPRegion21.MM.ECF@usdoj.gov

                                              RUDEN, MCCLOSKY, SMITH,
                                              SCHUSTER & RUSSELL, P.A.

                                              MICHAEL R. BAKST, ESQ.
                                              Attorney for Trustee
                                              Florida Bar No.: 866377
                                              222 Lakeview Ave., Suite 800
                                              West Palm Beach FL 33401
                                              (561) 838-4523
                                              (561) 514-3423

091104/dlc
60184.0069

RM:6918169:1