ORDERED in the Southern District of Florida on _____ NOV 3 0 2009



Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

TERRY R. EICHAS,                    Case No. 09-21514-EPK

   Debtor.
_____/             Chapter 7

### AGREED ORDER GRANTING MOTION TO WITHDRAW
### AS COUNSEL OF RECORD FOR DEBTOR

THIS CAUSE came before the Court on Steven Goerke, Esq.'s Motion to Withdraw as Counsel of Record for the Debtor (D.E. 56). The court having have been advised that the Debtor, Terry R. Eichas, has consented to counsel's withdrawal and agrees to the entry of an agreed order granting the relief requested, it is

ORDERED that Steven Goerke, Esq., Motion to Withdraw as Counsel of Record for the Debtor is hereby granted.

###

Submitted by:

Steven Goerke, Esq.
McRae Law Offices, P.A.
5300 West Atlantic Avenue, Suite 412
Delray Beach, FL 33484
Phone: 561-638-6600
Fax:    561-638-6617
Fla. Bar No. 494135
sgoerke@mcraelawfirm.com

The party submitting this order shall serve a copy of this signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F)

Terry R. Eichas, Debtor
Michael R. Bakst, Esq.
Deborah C. Menotte, Trustee