UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:  Case No. 09-21514-EPK
Chapter 7

TERRY R. EICHAS,
        Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned appears as counsel for Debtor, Terry R. Eichas, in the above-captioned case.  Request is hereby made pursuant to Bankruptcy Rule 9010(b) that all notices given or required to be given in this case and all pleadings, motions and applications served or required to be served in this case be given to and served upon the undersigned.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent in the manner stated to all parties listed below this 3rd day of February, 2010.

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    FURR AND COHEN, P.A.
    *Attorneys for Debtor*
    One Boca Place, Suite 337W
    2255 Glades Road
    Boca Raton, FL 33431
    Telephone:  (561) 395-0500
    Facsimile:  (561) 338-7532

    BY: /s/ Alan R. Crane_____
        Alan R. Crane
        Florida Bar No.: 0963836
        E-Mail:  acrane@furrcohen.com

**VIA ECF**:
Deborah c. Menotte, Trustee
Michael R. Bakst, Esq.
Office of the U.S. Trustee
Martin P. Blaya, Esq.
Lindsey A. Savastano, Esq.
Mark E. Steiner