UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                   Case No. 09-21514-EPK
                                                         Chapter 7
TERRY R. EICHAS,
        Debtor.
_____/

### DEBTOR'S MOTION FOR ORDER APPROVING WAIVER OF DISCHARGE

Debtor, Terry R. Eichas, by and through the undersigned counsel, pursuant to §727(a)(10) of the United States Bankruptcy Code (11 U.S.C. § 101 *et seq.*, (the "Bankruptcy Code")) files Debtor's Motion for Order Approving Waiver of Discharge, and as grounds therefore, states as follows:

#### Factual and Procedural Background

1. On June 10, 2009 Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code in the West Palm Beach Division of the United States Bankruptcy Court, Southern District of Florida, Case no. 09-21514-EPK (Docket Entry ("DE") #1).

2. After the filing of the instant bankruptcy proceeding, the Chapter 7 Trustee brought an adversary action against the Debtor, Adversary Proceeding no.: 09-2182-EPK-A.

3. The Chapter 7 Trustee also brought an adversary action against the Debtor's brother, Thomas Eichas.

4. The Chapter 7 Trustee made various allegations that the Debtor failed to disclose certain assets and/or made transfers with the actual intent to hinder, delay or defraud creditors or the Chapter 7 Trustee. The allegations are set forth the Adversary Complaint and any amendments thereto.

5. While the Debtor vehemently disputes the claims brought by the Plaintiffs in the adversary proceedings, the Debtor, who is without resources, can no longer defend the same and therefore by way of this Motion seeks a waiver of his discharge.

#### Memorandum of Law

Section 727(a)(10) of Chapter 7 of the Bankruptcy Code provides that the court shall grant the debtor a discharge, unless the court approves a written waiver of discharge executed by the debtor after the order for relief under this chapter. By way of this motion, the Debtor respectfully represents his waiver of discharge and asks that the Court approve the same.

WHEREFORE, Debtor, Terry R. Eichas, by and through the undersigned counsel, respectfully requests this Honorable Court to grant this Motion and for such other and further relief as this Honorable Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent in the manner stated this 19th day of August 2010, to all parties listed below.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

FURR AND COHEN, P.A.
*Attorney for Debtor*
2255 Glades Road
One Boca Place, Suite 337W
Boca Raton, FL 33431
(561) 395-0500/(561)338-7532-fax

By  /s/  Alan R. Crane
    Alan R. Crane
    Florida Bar No.: 0963836
    E-mail:  acrane@furrcohen.com

_____
Terry Eichas, Debtor

<u>VIA ECF</u>:

- Michael R Bakst    efilemrb@ruden.com, FL65@ecfcbis.com;Efile2557@ruden.com;Efile2556@ruden.com
- Alan R Crane    pmouton@furrcohen.com, acrane@furrcohen.com
- William E Grantmyre wgrantmyre@dstern.com
- Lindsey A Savastano lsavastano@dstern.com
- Wayne B Spivak sobkmail@defaultlawfl.com
- Mark E Steiner msteiner@dstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

<u>VIA U.S. MAIL</u>:

All parties on the attached mailing list

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 09-21514-EPK<br>Southern District of Florida<br>West Palm Beach<br>Tue Aug 10 17:16:06 EDT 2010 | Aurora Loan Services, LLC<br>Law Office of David J. Stern, PA<br>c/o Martin P. Blaya, Esq.<br>900 S. Pine Island Rd., Ste.400<br>Plantation, FL 33324-3920 | CitiMortgage, Inc., Successor by Merger to A<br>Law Office of David J. Stern, P.A.<br>c/o Lindsey A. Savastano, Esq.<br>900 S. Pine Island, Road, Suite 400<br>Plantation, FL 33324-3920 |
| Suntrust Mortgage, Inc.<br>P.O. Box 25018<br>Tampa, FL 33622-5018 | 438 West Rambling LLC<br>11872 West Rambling LLC<br>11818 West Rambling LLC<br>14950 Roan<br>Wellington, FL 33414-1015 | 885 Realty Group Inc.<br>885 SE 6th Avenue<br>Delray Beach, FL 33483-5184 |
| Antiquers Aerodrome Inc<br>6530 Skyline Drive<br>Delray Beach, FL 33446-2202 | Aurora Loan Services<br>Attn: Bankruptcy Department<br>601 5th Avenune<br>P.O. Box 1706<br>Scottsbluff, NE 69363-1706 | Brinks Home Security<br>P.O. Box 70834<br>Charlotte, NC 28272-0834 |
| Capital One Bank<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Citibank<br>P.O. Box 790110<br>Saint Louis, MO 63179-0110 | Citibank, NA<br>P.O. Box 209009<br>Brooklyn, NY 11220-9009 |
| Citimortgage, Inc.<br>P.O. Box 6006<br>The Lakes, NV 88901-6006 | City of Boynton Beach/Utilities Dept<br>P.O. Box 190<br>Boynton Beach, FL 33425-0190 | Collectech Systems<br>P.O. Box 1962<br>Southgate, MI 48195-0962 |
| Direct Merchants Bank<br>Payment Center<br>P.O. Box 5241<br>Carol Stream, IL 60197-5241 | Echevarria, Codilis & Stawiarski<br>9119 Corporate Lake Dr #300<br>Tampa, FL 33634-2380 | FIA Card Services<br>P.O. Box 15726<br>Wilmington, DE 19886-5726 |
| GEMB Lending, Inc.<br>P.O. Box 57091<br>Irvine, CA 92619-7091 | Gulfstream Business Bank<br>2400 SE Monterey Road<br>Stuart, FL 34996-3351 | HSBC<br>P.O. Box 5250<br>Carol Stream, IL 60197-5250 |
| Highlands County Tax Collector<br>540 S Commerce Ave<br>Sebring FL 33870-3867 | Home Depot Credit Services<br>P.O. Box 689100<br>Des Moines, IA 50368-9100 | Homes of Distinction<br>851 SE 6th Street #108<br>Delray Beach, FL 33483-5277 |
| Homes of Distinction<br>885 SE 6th Avenue<br>Delray Beach, FL 33483-5184 | Jerry McGue<br>9833 Bradley Rd<br>Jacksonville, FL 32246-8511 | John Johns<br>8927 Hypoluxo Rd #A-4<br>Lake Worth, FL 33467-5249 |
| John Patrick Cleary, Jr.<br>1830 SW 9th Drive<br>Pompano Beach, FL 33060-8936 | Law Office of David J. Stern, Esq.<br>900 S Pine Island Rd #400<br>Fort Lauderdale, FL 33324-3920 | Norjan, Inc<br>11515 Persimmon Blvd<br>Royal Palm Beach, FL 33411-9078 |

Oak Run of Boynton Beach
Homeowners Association
188 Docester H
West Palm Beach, FL 33417-1452

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Paul Aragona, Trustee
4552 Frances Drive
Delray Beach, FL 33445-3255

Ronald Emanual, Esq.
8751 West Broward Blvd #100
Fort Lauderdale, FL 33324-2630

Saxon Business Systems
US Bancorp
1310 Madrid St #101
Marshall, MN 56258-4002

Suntrust
P.O. Box 921819
Norcross, GA 30010-1819

Suntrust Mortgage
P.O. Box 79041
Baltimore, MD 21279-0041

US Bank
Office Equipment Finanical Services
P.O. Box 790448
Saint Louis, MO 63179-0448

Univeral Insurance Company of N America
P.O. Box 901036
Fort Worth, TX 76101-2036

Vengroff, Williams & Associates, Inc.
P.O. Box 4155
Sarasota, FL 34230-4155

Walmart
P.O. Box 530927
Atlanta, GA 30353-0927

Washington Mutual Bank
Small Business Loan Servicing
P.O. Box 34990
San Antonio, TX 78265-4990

Wells Fargo
Credit Management Group
MAC # S3908-22
P.O. Box 53418
Phoenix, AZ 85072-3418

Alan R Crane Esq
2255 Glades Rd. #337W
Boca Raton, FL 33431-7379

Deborah Menotte
POB 211087
West Palm Beach, FL 33421-1087

Stan L Crooks
1696 Old Okeechobee Rd #1G
West Palm Beach, FL 33409-5217

Terry R. Eichas
6926 Skyline Drive
Delray Beach, FL 33446-2210

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    46
Bypassed recipients     1
Total                  47