# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-21514 EPK | Trustee: | (290650) DEBORAH C. MENOTTE, TRUSTEE |
|---|---|---|---|
| Case Name: | EICHAS, TERRY R. | Filed (f) or Converted (c): | 06/10/09 (f) |
| | | §341(a) Meeting Date: | 07/17/09 |
| Period Ending: | 09/30/10 | Claims Bar Date: | 10/26/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6926 SKYLINE DRIVE<br>    STAY RELIEF GRANTED | 583,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 12742 OAK RUN COURT<br>    STAY RELIEF GRANTED | 388,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 2665 N MULBERRY RD | 53,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | VACANT LAND, AVON PARK, FL (2626 WELLSTON)<br>    THIS PARTICULAR PROPERTY WAS<br>TRANSFERRED PRE-PETITION | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | CHECKING ACCOUNT GULFSTREAM BUSINESS<br>BANK | 30.00 | 0.00 | DA | 0.00 | FA |
| 6 | RACE HORSE TRAINING BUSINESS ACCOUNT | 220.00 | 0.00 | DA | 0.00 | FA |
| 7 | HOUSEHOLD GOODS & FURNISHINGS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | MISC. CLOTHING | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | REASSURE AMERICA LIFE INSURANCE POLICY | 2,485.96 | 0.00 | DA | 0.00 | FA |
| 10 | HOMES OF DISTINCTION REALTY, INC. | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 25% INTEREST IN 885 REALTY GROUP, INC | 150,000.00 | 150,000.00 | | 0.00 | 150,000.00 |
| 12 | SOLE PROPRIETORSHIP - RACE HORSE TRAINING | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | BENEFICIAL INT IN 2006 RESTATEMENT | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2005 FORD PICK-UP | 2,500.00 | 0.00 | OA | 0.00 | FA |

Printed: 10/29/2010 03:57 PM    V.12.54

Page: 2

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 09-21514 EPK | Trustee: | (290650) DEBORAH C. MENOTTE, TRUSTEE |
|---|---|---|---|
| Case Name: | EICHAS, TERRY R. | Filed (f) or Converted (c): | 06/10/09 (f) |
| | | §341(a) Meeting Date: | 07/17/09 |
| Period Ending: | 09/30/10 | Claims Bar Date: | 10/26/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | LIEN TO GULFSTREAM; ABANDONED AT 341 JT W/JOHN JOHNS 1/2 VALUE | | | | | |
| 15 | 2000 LEGEND TRAILER<br>W/17 ADM. PER NOTICE OF AUCTION SALE DATED 7-24-2010 | 4,000.00 | 3,950.00 | | 3,950.00 | FA |
| 16 | PREFERENCE ADV. V. THOMAS P. EICHAS  (u)<br>ADM. PER COURT ORDER DATED 3/12/2010 | 6,000.00 | 6,000.00 | | 6,000.00 | FA |
| 17 | 1998 BEE 2 HORSE BUMPER PULL TRAILER  (u)<br>ADM. W/15 PER NOTICE OF AUCTION SALE DATED 7-24-2010 | Unknown | 0.00 | | 0.00 | FA |
| 18 | 2622 WEST WELLSTON RD - VACANT LAND  (u)<br>TRUSTEE WILL SELL AT AUCTION SALE | 5,000.00 | 5,000.00 | | 0.00 | 5,000.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 1.64 | Unknown |
| 19 | Assets        Totals (Excluding unknown values) | $1,205,335.96 | $164,950.00 | | $9,951.64 | $155,000.00 |

**Major Activities Affecting Case Closing:**

CBD:  10/26/2010

TAX RETURN STATUS:  NONE SET

CASE STATUS:  TRUSTEE RETAINED COUNSEL TO LOOK INTO NUMEROUS TRANSFERS.  A COMPLAINT OBJECTING TO DISCHARGE WAS FILED AND

Printed: 10/29/2010 03:57 PM    V.12.54

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-21514 EPK | Trustee: | (290650) DEBORAH C. MENOTTE, TRUSTEE |
|---|---|---|---|
| Case Name: | EICHAS, TERRY R. | Filed (f) or Converted (c): | 06/10/09 (f) |
| | | §341(a) Meeting Date: | 07/17/09 |
| Period Ending: | 09/30/10 | Claims Bar Date: | 10/26/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

BY AGREEMENT WITH DEBTOR DISCHARGE DENIED.

TRUSTEE LOOKING INTO DEBTOR'S INTEREST IN CORPORATION WHICH OWNS A STRIP SHOPPING CENTER; VACANT LAND IN SEBRING TO SELL AT AUCTION SALE

**Initial Projected Date Of Final Report (TFR):** December 31, 2010    **Current Projected Date Of Final Report (TFR):** December 31, 2010

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-21514 EPK | | Trustee: | DEBORAH C. MENOTTE, TRUSTEE (290650) |
|---|---|---|---|---|
| Case Name: | EICHAS, TERRY R. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******05-65 - Money Market Account |
| Taxpayer ID #: | **-***9588 | | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 09/30/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/22/10 | {16} | LAW OFFICE OF BONNIE L. CANTY PA | Acct #1; Payment #1; PAY'T PER DE#9 DATED 3/12/2010 (ADV 10-01187) | 1241-000 | 2,000.00 | | 2,000.00 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 2,000.03 |
| 04/19/10 | {16} | LAW OFFICE OF BONNIE L. CANTY, P.A. | Acct #1; Payment #2; PAY'T PER DE#9 DATED 3/12/2010 | 1241-000 | 2,000.00 | | 4,000.03 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.16 | | 4,000.19 |
| 05/19/10 | {16} | LAW OFFICE OF BONNIE L. CANTY, P.A. | Acct #1; Payment #3; PAY'T PER DE#9 DATED 3/12/2010 | 1241-000 | 2,000.00 | | 6,000.19 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.28 | | 6,000.47 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.34 | | 6,000.81 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.35 | | 6,001.16 |
| 08/21/10 | {15} | AUCTION AMERICA, INC. | PAY'T PER DE#92 DATED 7/24/2010 (horse trailers) | 1129-000 | 3,950.00 | | 9,951.16 |
| 08/21/10 | 1001 | AUCTION AMERICA, INC. | AUCTION EXPENSES PER DE #96 DATED 7/27/2010 | 3620-000 | | 500.00 | 9,451.16 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.41 | | 9,451.57 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,451.64 |

Subtotals :   $9,951.64   $500.00

{} Asset reference(s)

Printed: 10/29/2010 03:57 PM    V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-21514 EPK | Trustee: | DEBORAH C. MENOTTE, TRUSTEE (290650) |
|---|---|---|---|
| Case Name: | EICHAS, TERRY R. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******05-65 - Money Market Account |
| Taxpayer ID #: | **-***9588 | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 09/30/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 9,951.64 | 500.00 | $9,451.64 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,951.64 | 500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,951.64** | **$500.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******05-65** | 9,951.64 | 500.00 | 9,451.64 |
| | **$9,951.64** | **$500.00** | **$9,451.64** |

{} Asset reference(s)    Printed: 10/29/2010 03:57 PM    V.12.54