**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                 Case No.: 09-21514-BKC-EPK
                                                                                                                                                      Chapter 7

**TERRY R. EICHAS,**

      Debtor.
_____/

**NOTICE OF FILING TRANSCRIPT AND EXHIBITS FOR RULE 2004**
**EXAMINATION DUCES TECUM OF TERRY EICHAS, DATED SEPTEMBER 1, 2009**

        **The Trustee, Deborah Menotte** (The "Trustee") by and through undersigned counsel**,** files this Notice Of Filing Transcript and Exhibits for Rule 2004 Examination Duces Tecum of Terry Eichas, Dated September 1, 2009.

        **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing has been furnished this 4th day of November, 2010, to the parties on the attached service list by electronic mail and U.S. Mail as indicated.

                                                                              **RUDEN MCCLOSKY, P.A.**

                                                                              /s Marla Neufeld, Esq.
                                                                              MICHAEL R. BAKST, ESQ.
                                                                              Florida Bar No.: 866377
                                                                              MARLA NEUFELD, ESQ.
                                                                              Florida Bar No.: 046262
                                                                              Attorneys for Trustee
                                                                              222 Lakeview Ave., Suite 800
                                                                              West Palm Beach FL 33401
                                                                              (561) 838-4523
                                                                              (561) 514-3423 (facsimile)

RM:7685433:1

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Michael R. Bakst    efile2565@ruden.com, efile2558@ruden.com;FL65@ecfcbis.com
- William E Grantmyre    wgrantmyre@dstern.com, bankruptcyecf@dstern.com
- Deborah Menotte    menottetrustee@gmail.com, FL43@ecfcbis.com
- Marla B Neufeld    efile1542@ruden.com, efile2565@ruden.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Lindsey A Savastano    lsavastano@dstern.com, bankruptcyecf@dstern.com
- Wayne B Spivak    sobkmail@defaultlawfl.com
- Mark E Steiner    msteiner@dstern.com, bankruptcyecf@dstern.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Martin P. Blaya
900 S. Pine Island Road # 400
Plantation, 33324

Stan L Crooks
1696 Old Okeechobee Rd #1G
West Palm Beach, FL 33409

Terry R. Eichas
6926 Skyline Drive
Delray Beach, FL 33446