10:29 PM
07/20/09
Cash Basis

## 885 Realty Group Inc
## Transactions by Account
### As of July 20, 2009

| Type | Date | Num | Name | Memo | Clr | Split | Original ... | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Loan to HOD** | | | | | | | | | |
| Deposit | 1/10/2007 | | Homes of Distinc... | Deposit | | Gulfstream B... | ******* | (127,500.00) | 184,500.00 |
| Check | 10/3/2007 | 8307 | Terry Eichas | | | Gulfstream B... | 3,000.00 | 3,000.00 | 57,000.00 |
| General Journal | 10/4/2007 | 1 | | | | Gulfstream B... | 3,000.00 | 3,000.00 | 60,000.00 |
| Deposit | 10/31/2007 | | | | | Gulfstream B... | 3,000.00 | 3,000.00 | 63,000.00 |
| Check | 10/31/2007 | 033... | Terry Eichas | | | Gulfstream B... | (58,694.31) | (58,694.31) | 4,305.69 |
| Check | 10/31/2007 | 1546 | Terry Eichas | | | Gulfstream B... | 3,000.00 | 3,000.00 | 7,305.69 |
| Check | 10/31/2007 | 1547 | Royalty Title | | | Gulfstream B... | 5,000.00 | 5,000.00 | 12,305.69 |
| General Journal | 11/17/2007 | | | | | Terry Eichas | 18,000.00 | 18,000.00 | 30,305.69 |
| Deposit | 11/18/2007 | | | | | Gulfstream B... | (26,000.00) | (26,000.00) | 4,305.69 |
| General Journal | 11/22/2007 | | Terry Eichas | Deposit | | Gulfstream B... | 10,000.00 | 10,000.00 | 14,305.69 |
| General Journal | 11/26/2007 | | Terry Eichas | | | Gulfstream B... | 2,000.00 | 2,000.00 | 16,305.69 |
| General Journal | 11/26/2007 | | Royalty Title | | | Gulfstream B... | 2,000.00 | 2,000.00 | 18,305.69 |
| General Journal | 11/30/2007 | | | | | WAMU | 7,353.50 | 7,353.50 | 25,659.19 |
| General Journal | 12/10/2007 | | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 26,659.19 |
| General Journal | 12/10/2007 | | Terry Eichas | | | Gulfstream B... | 500.00 | 500.00 | 27,159.19 |
| General Journal | 12/11/2007 | | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 28,159.19 |
| General Journal | 12/13/2007 | | Terry Eichas | | | Gulfstream B... | 80,000.00 | 80,000.00 | 108,159.19 |
| Deposit | 12/17/2007 | | | redeposit | | Gulfstream B... | ******* | (105,849.28) | 2,309.91 |
| General Journal | 12/17/2007 | | Royalty Title | | | Gulfstream B... | 5,000.00 | 5,000.00 | 7,309.91 |
| General Journal | 12/17/2007 | | Terry Eichas | | | Gulfstream B... | 35,000.00 | 35,000.00 | 42,309.91 |
| General Journal | 12/17/2007 | | Homes of Distinc... | | | Gulfstream B... | 5,000.00 | 5,000.00 | 47,309.91 |
| Check | 12/17/2007 | 1560 | Terry Eichas | | | Gulfstream B... | 500.00 | 500.00 | 47,809.91 |
| Check | 12/20/2007 | 1562 | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 48,809.91 |
| General Journal | 12/26/2007 | | Royalty Title | | | Gulfstream B... | 1,500.00 | 1,500.00 | 50,309.91 |
| General Journal | 12/26/2007 | | Terry Eichas | | | Gulfstream B... | 2,000.00 | 2,000.00 | 52,309.91 |
| Check | 12/27/2007 | 1563 | Terry Eichas | | | Gulfstream B... | 6,500.00 | 6,500.00 | 58,809.91 |
| General Journal | 1/6/2008 | | Royalty Title | | | Gulfstream B... | 4,000.00 | 4,000.00 | 62,809.91 |
| General Journal | 1/7/2008 | | Homes of Distinc... | | | Gulfstream B... | 2,000.00 | 2,000.00 | 64,809.91 |
| General Journal | 1/7/2008 | | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 65,809.91 |
| General Journal | 1/16/2008 | | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 66,809.91 |
| General Journal | 1/23/2008 | | Royalty Title | | | Gulfstream B... | 1,000.00 | 1,000.00 | 67,809.91 |
| General Journal | 1/27/2008 | | Homes of Distinc... | | | Gulfstream B... | 3,000.00 | 3,000.00 | 70,809.91 |
| General Journal | 1/27/2008 | | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 71,809.91 |
| General Journal | 1/31/2008 | | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 72,809.91 |
| General Journal | 2/1/2008 | | Homes of Distinc... | | | Gulfstream B... | 1,500.00 | 1,500.00 | 74,309.91 |
| General Journal | 2/12/2008 | | Terry Eichas | | | Gulfstream B... | 2,000.00 | 2,000.00 | 76,309.91 |
| General Journal | 2/13/2008 | | Terry Eichas | | | Gulfstream B... | 3,000.00 | 3,000.00 | 79,309.91 |
| General Journal | 2/20/2008 | | Homes of Distinc... | | | Gulfstream B... | 1,500.00 | 1,500.00 | 80,809.91 |
| General Journal | 2/20/2008 | | Royalty Title | | | Gulfstream B... | 4,000.00 | 4,000.00 | 84,809.91 |
| General Journal | 2/25/2008 | | Terry Eichas | | | Gulfstream B... | 4,000.00 | 4,000.00 | 88,809.91 |
| General Journal | 3/7/2008 | | Terry Eichas | | | Gulfstream B... | 2,000.00 | 2,000.00 | 90,809.91 |
| General Journal | 3/10/2008 | | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 91,809.91 |
| General Journal | 3/11/2008 | | Royalty Title | | | Gulfstream B... | 1,000.00 | 1,000.00 | 92,809.91 |
| General Journal | 3/11/2008 | | Homes of Distinc... | | | Gulfstream B... | 2,000.00 | 2,000.00 | 94,809.91 |
| General Journal | 3/19/2008 | | Royalty Title | | | Gulfstream B... | 3,000.00 | 3,000.00 | 97,809.91 |
| General Journal | 3/20/2008 | | Royalty Title | | | Gulfstream B... | 4,000.00 | 4,000.00 | 101,809.91 |
| General Journal | 3/26/2008 | | Homes of Distinc... | | | Gulfstream B... | 3,500.00 | 3,500.00 | 105,309.91 |
| General Journal | 3/26/2008 | | Terry Eichas | | | Gulfstream B... | 4,000.00 | 4,000.00 | 109,309.91 |
| General Journal | 4/8/2008 | | Royalty Title | | | Gulfstream B... | 1,000.00 | 1,000.00 | 110,309.91 |



TRUSTEE EXHIBIT
Blumberg No. 5195

10:29 PM
07/20/09
Cash Basis

# 885 Realty Group Inc
## Transactions by Account
### As of July 20, 2009

| Type | Date | Num | Name | Memo | Clr | Split | Original | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 4/8/2008 | | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 111,309.91 |
| Check | 4/22/2008 | 1591 | Terry Eichas | | | Gulfstream B... | 5,000.00 | 5,000.00 | 116,309.91 |
| Check | 4/22/2008 | 1592 | Terry Eichas | | | Gulfstream B... | 1,500.00 | 1,500.00 | 117,809.91 |
| Check | 4/27/2008 | 1593 | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 118,809.91 |
| General Journal | 5/1/2008 | | Royalty Title | | | Gulfstream B... | 1,000.00 | 1,000.00 | 119,809.91 |
| General Journal | 5/17/2008 | | Royalty Title | | | Gulfstream B... | 4,000.00 | 4,000.00 | 123,809.91 |
| General Journal | 5/17/2008 | | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 124,809.91 |
| General Journal | 5/23/2008 | | Royalty Title | | | Gulfstream B... | 1,000.00 | 1,000.00 | 125,309.91 |
| General Journal | 5/29/2008 | | Terry Eichas | | | Gulfstream B... | 500.00 | 500.00 | 125,309.91 |
| Deposit | 6/1/2008 | | Terry Eichas | | | Gulfstream B... | 1,500.00 | 1,500.00 | 126,809.91 |
| General Journal | 6/3/2008 | | Terry Eichas | Deposit | | Gulfstream B... | (7,500.00) | (7,500.00) | 119,309.91 |
| General Journal | 6/3/2008 | | Terry Eichas | | | Gulfstream B... | 2,000.00 | 2,000.00 | 121,309.91 |
| General Journal | 6/10/2008 | | Royalty Title | | | Gulfstream B... | 1,500.00 | 1,500.00 | 122,809.91 |
| General Journal | 6/22/2008 | | Terry Eichas | | | Gulfstream B... | 500.00 | 500.00 | 123,309.91 |
| General Journal | 6/23/2008 | | Terry Eichas | | | Gulfstream B... | 2,000.00 | 2,000.00 | 125,309.91 |
| General Journal | 7/1/2008 | | Terry Eichas | | | Gulfstream B... | 500.00 | 500.00 | 125,809.91 |
| General Journal | 7/11/2008 | 1603 | Terry Eichas | | | Gulfstream B... | 4,000.00 | 4,000.00 | 129,809.91 |
| General Journal | 7/11/2008 | 1604 | Royalty Title | | | Gulfstream B... | 1,000.00 | 1,000.00 | 130,809.91 |
| General Journal | 7/11/2008 | | Royalty Title | | | Gulfstream B... | 1,000.00 | 1,000.00 | 131,809.91 |
| General Journal | 7/8/2008 | 1605 | Terry Eichas | | | Gulfstream B... | 2,000.00 | 2,000.00 | 133,809.91 |
| General Journal | 7/8/2008 | | Terry Eichas | | | Gulfstream B... | 2,000.00 | 2,000.00 | 135,809.91 |
| General Journal | 7/15/2008 | | Terry Eichas | | | Gulfstream B... | 1,500.00 | 1,500.00 | 137,309.91 |
| Deposit | 7/22/2008 | | Royalty Title | Deposit | | Gulfstream B... | (1,000.00) | (1,000.00) | 136,309.91 |
| Deposit | 7/23/2008 | | Royalty Title | Deposit | | Gulfstream B... | (2,100.00) | (2,100.00) | 134,209.91 |
| General Journal | 7/29/2008 | | Terry Eichas | | | Gulfstream B... | 500.00 | 500.00 | 134,709.91 |
| Deposit | 7/30/2008 | | Homes of Distinc... | Deposit | | Gulfstream B... | (7,500.00) | (7,500.00) | 127,209.91 |
| General Journal | 7/30/2008 | | Terry Eichas | | | Gulfstream B... | 5,000.00 | 5,000.00 | 132,209.91 |
| General Journal | 8/1/2008 | | | | | Management... | (200.00) | (200.00) | 132,009.91 |
| General Journal | 8/1/2008 | | | | | Management... | (200.00) | (200.00) | 131,809.91 |
| General Journal | 8/19/2008 | | Terry Eichas | Bay C | | Gulfstream B... | 4,000.00 | 4,000.00 | 135,809.91 |
| General Journal | 9/1/2008 | | | | | Commission | (2,184.00) | (2,184.00) | 133,625.91 |
| General Journal | 9/1/2008 | | | | | Management... | (200.00) | (200.00) | 133,425.91 |
| General Journal | 9/3/2008 | | Terry Eichas | | | Gulfstream B... | 2,000.00 | 2,000.00 | 135,425.91 |
| General Journal | 9/5/2008 | | Terry Eichas | | | Gulfstream B... | 2,000.00 | 2,000.00 | 137,425.91 |
| General Journal | 9/8/2008 | | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 138,425.91 |
| General Journal | 9/28/2008 | | Terry Eichas | | | Gulfstream B... | 500.00 | 500.00 | 138,925.91 |
| General Journal | 9/29/2008 | | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 139,925.91 |
| General Journal | 10/1/2008 | | | | | Management... | (200.00) | (200.00) | 139,725.91 |
| General Journal | 10/2/2008 | | Homes of Distinc... | | | Gulfstream B... | 1,000.00 | 1,000.00 | 140,725.91 |
| General Journal | 10/12/2008 | | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 141,725.91 |
| General Journal | 10/19/2008 | | Terry Eichas | | | Gulfstream B... | 1,500.00 | 1,500.00 | 143,225.91 |
| General Journal | 10/30/2008 | | Terry Eichas | | | Gulfstream B... | 1,500.00 | 1,500.00 | 144,725.91 |
| General Journal | 10/30/2008 | | Terry Eichas | | | Gulfstream B... | 750.00 | 750.00 | 145,475.91 |
| General Journal | 11/1/2008 | | | | | Management... | (200.00) | (200.00) | 145,275.91 |
| General Journal | 11/10/2008 | | Terry Eichas | | | Gulfstream B... | 1,100.00 | 1,100.00 | 146,375.91 |
| General Journal | 11/13/2008 | | Terry Eichas | | | Gulfstream B... | 500.00 | 500.00 | 146,875.91 |
| General Journal | 11/16/2008 | | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 147,875.91 |
| General Journal | 11/25/2008 | | Terry Eichas | | | Gulfstream B... | 500.00 | 500.00 | 148,375.91 |
| General Journal | 12/1/2008 | | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 149,375.91 |

Note: one row shown "VOID:" with X in Clr column for 4/22/2008 entry.

10:29 PM
07/20/09
Cash Basis

## 885 Realty Group Inc
## Transactions by Account
### As of July 20, 2009

| Type | Date | Num | Name | Memo | Clr | Split | Original | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 12/1/2008 | | | | | Management... | (200.00) | (200.00) | 149,175.91 |
| General Journal | 12/3/2008 | | Terry Eichas | | | Gulfstream B... | 500.00 | 500.00 | 149,675.91 |
| General Journal | 12/15/2008 | | Terry Eichas | | | Gulfstream B... | 1,400.00 | 1,400.00 | 151,075.91 |
| General Journal | 12/22/2008 | | Terry Eichas | | | Gulfstream B... | 1,000.00 | 1,000.00 | 152,075.91 |
| General Journal | 1/1/2009 | | | | | Management... | (200.00) | (200.00) | 151,875.91 |
| General Journal | 2/1/2009 | | | | | Management... | (200.00) | (200.00) | 151,675.91 |
| General Journal | 2/23/2009 | | Homes of Distinc... | Bay A | | Commission | (3,000.00) | (3,000.00) | 148,675.91 |
| General Journal | 3/1/2009 | | | | | Management... | (200.00) | (200.00) | 148,475.91 |
| General Journal | 4/1/2009 | 1610 | | | | Management... | (200.00) | (200.00) | 148,275.91 |
| Deposit | 4/16/2009 | | | | | Gulfstream B... | (10.00) | (10.00) | 148,265.91 |
| General Journal | 5/1/2009 | | cash | Deposit | | Management... | (200.00) | (200.00) | 148,065.91 |
| Deposit | 5/22/2009 | | Terry Eichas | Deposit | | Gulfstream B... | (100.00) | (100.00) | 147,965.91 |
| General Journal | 6/1/2009 | | | | | Management... | (200.00) | (200.00) | 147,765.91 |
| General Journal | 6/5/2009 | | Country Services | | | Building Rep... | (20.00) | (20.00) | 147,745.91 |
| General Journal | 7/1/2009 | | | | | Management... | (200.00) | (200.00) | 147,545.91 |
| General Journal | 7/1/2009 | | Homes of Distinc... | Yearly lea... | | Commission | (1,200.00) | (1,200.00) | 146,345.91 |
| General Journal | 7/1/2009 | | Homes of Distinc... | Yearly Le... | | Commission | (2,400.00) | (2,400.00) | 143,945.91 |
| General Journal | 7/1/2009 | | cash | | | Building Rep... | (125.00) | (125.00) | 143,820.91 |

Total Loan to HOD  (40,679.09)  143,820.91

TOTAL  (40,679.09)  143,820.91