

**ORDERED in the Southern District of Florida on November 12, 2010.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

In re:                                            Case No.:  09-21514-BKC-EPK
                                                     Chapter 7

TERRY R. EICHAS,

      Debtor.
_____/

**<u>ORDER GRANTING PLAINTIFF'S AMENDED  MOTION TO ALLOW FILING OF
RULE 7030 EXAMINATION TRANSCRIPT OF STEVEN GOERKE IN THE MAIN
BANKRUPTCY CASE AS A RULE 2004 EXAMINATION (DE #118)</u>**

THIS MATTER having come before the Court in West Palm Beach, Florida on November 4, 2010 pursuant to the Plaintiff's Amended Motion to Allow Filing of Rule 7030 Examination Transcript of Steven Goerke in the Main Bankruptcy Case as a Rule 2004 Examination, the Court having heard arguments of counsel, the Court being otherwise advised in the premises, it is:

**ORDERED AND ADJUDGED** as follows:

1.      The Plaintiff's Amended Motion to Allow Filing of Rule 7030 Examination

RM:7683631:1

1

Transcript of Steven Goerke in the Main Bankruptcy Case as a Rule 2004 Examination is **GRANTED**.

2. The Trustee may file the Rule 7030 Examination transcript of Steven Goerke that was conducted on July 26, 2010 in the main bankruptcy case as a Rule 2004 Examination.

3. The Court is considering such transcript of Steven Goerke as having been taken under Federal Rule of Bankruptcy Procedure 2004 and filed with the Court pursuant to Federal Rule of Bankruptcy Procedure 2004.

###

Submitted by:
Marla Neufeld, Esq.
222 Lakeview Avenue, Suite 800
West Palm Beach FL 33401
(561) 838-4537
(561) 514-3437 (facsimile)

*Marla Neufeld, Esq. is directed to furnish a conformed copy of this order to all parties on the attached service list immediately upon receipt of same and file a certificate of service with the court.*

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Michael R. Bakst    efile2565@ruden.com, efile2558@ruden.com;FL65@ecfcbis.com
- William E Grantmyre    wgrantmyre@dstern.com, bankruptcyecf@dstern.com
- Deborah Menotte    menottetrustee@gmail.com, FL43@ecfcbis.com
- Marla B Neufeld    efile1542@ruden.com, efile2565@ruden.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Lindsey A Savastano    lsavastano@dstern.com, bankruptcyecf@dstern.com
- Wayne B Spivak    sobkmail@defaultlawfl.com
- Mark E Steiner    msteiner@dstern.com, bankruptcyecf@dstern.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select

RM:7683631:1

and copy this list into your word processing program in order to create notices or labels for these recipients.

>Martin P. Blaya
>900 S. Pine Island Road # 400
>Plantation, 33324
>
>Stan L Crooks
>1696 Old Okeechobee Rd #1G
>West Palm Beach, FL 33409
>
>Stan L. Crooks
>455 Tuskegee Drive
>Lantana, FL 33462
>
>Terry R. Eichas
>6926 Skyline Drive
>Delray Beach, FL 33446
>
>Steven G. Goerke, Esq.
>McRae Law Offices, P.A.
>5300 West Atlantic Avenue, Suite 412
>Delray Beach, Florida 33484

RM:7683631:1

3