

ORDERED in the Southern District of Florida on November 12, 2010.

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No.:  09-21514-BKC-EPK
                                                                  Chapter 7

TERRY R. EICHAS,

      Debtor.
_____/

### ORDER GRANTING PLAINTIFF'S AMENDED MOTION TO DETERMINE PRIVILEGE OF DEPOSITION TESTIMONY AND DISCLOSURE OF DOCUMENTS (DE #119)

THIS MATTER having come before the Court in West Palm Beach, Florida on November 4, 2010 pursuant to the Plaintiff's Amended Motion to Determine Privilege of Deposition Testimony and Disclosure of Documents (DE #119), the Court having heard arguments of counsel, the Court being otherwise advised in the premises, it is:

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiff's Amended Motion to Determine Privilege of Deposition Testimony and Disclosure of Documents is **GRANTED**.

RM:7635102:1

1

2.	The Debtor waived his attorney client privilege as it relates to the questions and issues outlined within the Plaintiff's Amended Motion to Determine Privilege of Deposition Testimony and Disclosure of Documents (DE #119).

3.	On or before Steven Goerke's Rule 2004 Examination on December 14, 2010, which was previously set as a Rule 7030 Examination, Mr. Goerke shall be required to respond to questions one (1) through twelve (12) in the Plaintiff's Amended Motion to Determine Privilege of Deposition Testimony and Disclosure of Documents (DE #119) and provide answers to follow up questions.

4.	On or before Steven Goerke's Rule 2004 Examination on December 14, 2010, which was previously set as a Rule 7030 Examination, Mr. Goerke shall be required to produce all documents for which the Mr. Goerke asserts attorney-client privilege from Mr. Goerke's Rule 7030 Examination as outlined in the Plaintiff's Amended Motion to Determine Privilege of Deposition Testimony and Disclosure of Documents (DE #119).

###

Submitted by:
Marla Neufeld, Esq.
222 Lakeview Avenue, Suite 800
West Palm Beach FL 33401
(561) 838-4537
(561) 514-3437 (facsimile)

*Marla Neufeld, Esq. is directed to furnish a conformed copy of this order to all parties on the attached service list immediately upon receipt of same and file a certificate of service with the court.*

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Michael R. Bakst    efile2565@ruden.com, efile2558@ruden.com;FL65@ecfcbis.com

RM:7635102:1

- William E Grantmyre    wgrantmyre@dstern.com, bankruptcyecf@dstern.com
- Deborah Menotte    menottetrustee@gmail.com, FL43@ecfcbis.com
- Marla B Neufeld    efile1542@ruden.com, efile2565@ruden.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Lindsey A Savastano    lsavastano@dstern.com, bankruptcyecf@dstern.com
- Wayne B Spivak    sobkmail@defaultlawfl.com
- Mark E Steiner    msteiner@dstern.com, bankruptcyecf@dstern.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Martin P. Blaya
900 S. Pine Island Road # 400
Plantation, 33324

Stan L Crooks
1696 Old Okeechobee Rd #1G
West Palm Beach, FL 33409

Stan L. Crooks
455 Tuskegee Drive
Lantana, FL 33462

Terry R. Eichas
6926 Skyline Drive
Delray Beach, FL 33446

Steven G. Goerke, Esq.
McRae Law Offices, P.A.
5300 West Atlantic Avenue, Suite 412
Delray Beach, Florida 33484