**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No.: 09-21514-BKC-EPK** |
| | **Chapter 7** |
| **TERRY R. EICHAS,** | |
|     Debtor. | |
| _____/ | |

**NOTICE OF FILING TRANSCRIPT AND EXHIBITS FOR RULE 2004**
**EXAMINATION DUCES TECUM OF STEVEN GOERKE,**
**DATED JULY 26, 2010**

    **The Trustee, Deborah Menotte** (The "Trustee") by and through undersigned counsel**,** files this Notice Of Filing Transcript and Exhibits for Rule 2004 Examination Duces Tecum of Steven Goerke, Dated July 26, 2010.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing has been furnished this 17th day of November, 2010, to the parties on the attached service list by electronic mail and U.S. Mail as indicated.

                                       **RUDEN MCCLOSKY, P.A.**

                                       /s Marla Neufeld, Esq.
                                       MICHAEL R. BAKST, ESQ.
                                       Florida Bar No.: 866377
                                       MARLA NEUFELD, ESQ.
                                       Florida Bar No.: 046262
                                       Attorneys for Trustee
                                       222 Lakeview Ave., Suite 800
                                       West Palm Beach FL 33401
                                       (561) 838-4523
                                       (561) 514-3423 (facsimile)

RM:7704969:1

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Michael R. Bakst    efile2565@ruden.com, efile2558@ruden.com;FL65@ecfcbis.com
- William E Grantmyre    wgrantmyre@dstern.com, bankruptcyecf@dstern.com
- Deborah Menotte    menottetrustee@gmail.com, FL43@ecfcbis.com
- Marla B Neufeld    efile1542@ruden.com, efile2565@ruden.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Lindsey A Savastano    lsavastano@dstern.com, bankruptcyecf@dstern.com
- Wayne B Spivak    sobkmail@defaultlawfl.com
- Mark E Steiner    msteiner@dstern.com, bankruptcyecf@dstern.com

**Manual Notice List**

Martin P. Blaya
900 S. Pine Island Road # 400
Plantation, 33324

Stan L Crooks
1696 Old Okeechobee Rd #1G
West Palm Beach, FL 33409

Stan L. Crooks
455 Tuskegee Drive
Lantana, FL 33462

Terry R. Eichas
6926 Skyline Drive
Delray Beach, FL 33446

Steven G. Goerke, Esq.
McRae Law Offices, P.A.
5300 West Atlantic Avenue, Suite 412
Delray Beach, Florida 33484

RM:7704969:1