UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach
www.flsb.uscourts.gov

In re:                                                    Case No.: 09-21514-BKC-EPK
                                                          Chapter 7 proceeding

TERRY R. EICHAS

_____Debtor._____/


## AUCTIONEER'S REPORT OF SALE

Auction America, Inc., files this report of auction sale and would respectfully show as follows:

1. The Trustee, Deborah C. Menotte, filed a motion with the Court to hire Auction America, Inc., as Auctioneer to sell a Vacant lot located at 2622 W. Wellston Road, Avon Park, FL 33825 in the above referenced case.

2. An order was entered on October 30, 2010, authorizing his employment and approving a 10% buyers' premium and expenses from the estate to Auction America, Inc., of $ 250.00 for advertising and sales costs.

3. The auction was conducted on Sunday, November 21, 2010 at 11:00 AM. The Trustee attended the sale.

4   181 bidders registered and attended the sale with 121 of those bidders bidding online.

5. The highest and best bidder for the above referenced asset was:

Lin Lhong – 5527 W. Military Trail – Boca Raton, FL in the amount of $750.00.

6. The attached hereto as Exhibit A is a copy of the Purchase Sales Invoice prepared for by the auctioneer.

7. That attached hereto as Exhibit B is a copy of a letter reflecting advertising and sales expenses of $ 250.00 for the asset.

8. That the Trustee believing the sales price received for said asset to be fair confirmed the sales.

DATED: 4/12/11

AUCTION AMERICA, INC.

_____
Stan L. Crooks
1696 Old Okeechobee Road, Suite 1-G
West Palm Beach, Florida 33401
(561) 659-2025

# AUCTION AMERICA

1696 Old Okeechobee Road 1G
West Palm Beach, FL. 33409
Phone: (561) 682-3191
Fax #   (561) 682-9505
AU1429 – AB1298

## AUCTION SETTLEMENT

Deborah C. Menotte, Trustee                              November 30, 2010
P.O. Box 211087
West Palm Beach, FL  33421

In Re:  **TERRY R. EICHAS**
        **Case No.: 09-21514-BKC-EPK**

| | |
|---|---|
| AUCTION PROCEEDS | $  750.00 |
| 10% BUYERS PREMIUM | $+   75.00 |
| TOTAL | $  825.00 |
| | |
| LESS 10% BUYER PREMIUM TO AUCTION COMPANY | $-   75.00 |
| PROCEEDS TO SELLER* | $  750.00 |

* See Attached Expense Invoice.

**THANK YOU FOR YOUR BUSINESS!**

"EXHIBIT A"

# AUCTION AMERICA

1696 Old Okeechobee Road 1G
West Palm Beach, FL. 33409
Phone: (561) 682-3191
Fax #   (561) 682-9505
AU1429 – AB1298

November 30, 2010

Deborah C. Menotte, Trustee
P.O. Box 211087
West Palm Beach, FL 33421

Re:   **TERRY R. EICHAS**
      **Case No.: 09-21514-BKC-EPK**

## EXPENSE INVOICE

**Costs and Expenses:**

**Total**                                          **$ 250.00**

**Thank you.**

"EXHIBIT B"